

# ORDERED in the Southern District of Florida on March 03, 2011.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE

RICHARD E. WILLIAMS
RUTH D. WILLIAMS,                                   Case No. 09-37540-BKC-AJC
                                                    Chapter 13
        Debtors.
_____/

### AGREED ORDER ON DEBTORS' APPLICATION TO WITHDRAW
### UNCLAIMED FUNDS AND NORTHWEST SAVINGS BANK'S OBJECTION TO THE SAME

THIS CAUSE came on for hearing for consideration of the "Application to Withdraw Unclaimed Funds" (the "Application"), filed by Richard E. Williams and Ruth D. Williams (together, the "Debtors") and the "Objection to Debtors' Application to Withdraw Unclaimed Funds" (the "Objection") filed by Northwest Savings Bank (the "Bank"). Pursuant to the Application, the Debtors sought the order of this Court authorizing the Clerk of the Court to disburse those certain unclaimed funds held in the registry of the Court in the amount of $9,207 (the "Unclaimed Funds"), to the Debtors; and, pursuant to the Objection, the Bank sought the order of this Court disallowing the Application and directing the Clerk of the Court to disburse the Unclaimed Funds to the Bank.

The Court, having considered the Application, the Objection, the record, and the agreement of the parties, deems itself advised in the matter and finds that the Objection should be sustained. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that

1. The Application is hereby denied.

2. The Objection is hereby sustained.

3. <u>The Clerk of this Court is hereby directed to remit the Unclaimed Funds to the Bank c/o its counsel of record, Stephenie Biernacki Anthony, Esquire, 201 N. Franklin Street, Suite 2800, Tampa, Florida, 33602</u>.

###

Submitted by:

Stephenie Biernacki Anthony, Esq.
Anthony & Partners, LLC
201 North Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: (813) 273-5613
Telecopier: (813) 221-4113
E-mail: santhony@anthonyandpartners.com

Copies to:

Trey E. Miller, III
5937 Taft Street
Hollywood, Florida 33021

Richard E. Williams
Ruth D. Williams
19501 E Country Club Drive, #9-408
Miami, Florida 33180

Nancy N. Herkert
Chapter 13 Trustee
P.O. Box 279806
Miramar, Florida 33027

Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, Florida 33130

2